# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **Monica P. Ways** | : | Case No. 1:12-cv-00450-WOB |
| **Plaintiff,** | : | |
| vs | : | **DEFENDANT MIAMI UNIVERSITY'S** |
| | : | **MOTION TO DISMISS** |
| **Miami University** | : | |
| **Defendant.** | : | |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Miami University ("Defendant" or "Miami"), hereby moves the Court for a dismissal of Plaintiff's Complaint as it fails to state a claim against Defendant upon which relief can be granted. Specifically, Plaintiff has failed to sufficiently plead and actionable claims against Defendant in accordance with the requirements of *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009).

The attached Memorandum in Support, which explains in full the grounds for Defendant's motion, is incorporated herein by reference.

Respectfully submitted,

s/ Fred Pressley
Fred Pressley (0023090)
Sara H. Jodka (0076289)
Lisa Whittaker (0082142)
Porter, Wright, Morris & Arthur, LLP
41 South High Street – Suite 3100
Columbus, OH 43215
614/227-2060
614/227-2100 (Fax)
fpressley@porterwright.com
sjodka@porterwright.com
lwhittaker@porterwright.com

*Attorneys for Defendant Miami University*

# CERTIFICATE OF SERVICE

  I hereby certify that on this 13th day of August, 2012, I filed the foregoing electronically through the Court's ECF system pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule 5.2(b) and a copy is available to all registered users, including the following:

Marc D. Mezibov, Esq.
The Law Office of Marc Mezibov
401 East Court Street, Suite 600
Cincinnati, OH 45202

Charles H. Peckham, Esq.
Peckham, PLLC
Two Bering Park
800 Dering Drive, Suite 220
Houston, TX 77057

Willie E. Gary, Esq.
Sekou Gary, Esq.
Gary, Williams, Finney, Lewis, Watson & Sperando, PL
Waterside Professional Building
221 East Oceola Street
Stuart, FL 34994

*Attorneys for Plaintiff, Monica P. Ways*

s/ Fred Pressley
*One of the Attorneys for Defendant*
*Miami University*

1641523v.v1