# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MONICA P. WAYS,
    Plaintiff,

vs.

MIAMI UNIVERSITY,
    Defendant.

Case No. 1:12-cv-450

Bertelsman, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following an informal telephonic discovery conference held on April 19, 2013.

Several outstanding discovery matters were addressed, including: (1) the responsiveness of plaintiff's responses to written discovery; (2) whether plaintiff was required to provide a privilege log regarding documents she asserted were protected from disclosure by the attorney-client privilege; (3) the entry of a protective order; (4) plaintiff's execution of releases regarding relevant financial and medical documents; and (5) the scheduling of plaintiff's deposition. The Court will address each point in turn.

(1): Defendant asserts that it has submitted a Rule 37 letter to plaintiff outlining how plaintiff's responses to defendant's written discovery requests are deficient. As stated during the conference, plaintiff shall address the issues raised in defendant's Rule 37 letter and the parties shall confer by telephone in an attempt to resolve the disputed items prior to Court intervention. In the event the parties are unable to resolve all of the disputed items, the parties shall submit position statements to the Court regarding what issues remain, including providing copies of the specific discovery requests. The parties shall exchange their position statements with each other. A follow-up telephonic discovery conference is hereby set for **May 1, 2013, at 10:00 a.m.**

(2): Plaintiff has asserted that defendant's discovery requests seek documents which are protected by the attorney-client privilege. Plaintiff shall provide to defendant a privilege log regarding any documents she asserts are protected by the privilege. The privilege log shall be produced by **May 3, 2013**.

(3): The parties represent that they have come to an agreement regarding a protective order and that the order has been submitted to the Court.

(4): Plaintiff shall execute financial and medical releases and provide them to plaintiff no later than **April 26, 2013**.

(5): The parties agree to schedule plaintiff's deposition for the week of May 27, 2013.

As stated above, any outstanding issues shall be summarized in writing, submitted to the Court, and exchanged with opposing counsel prior to the May 1, 2013 conference.

**IT IS SO ORDERED.**

Date: 4/19/13

Karen L. Litkovitz
United States Magistrate Judge