UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MONICA P. WAYS,
    Plaintiff,

vs.

MIAMI UNIVERSITY,
    Defendant.

Case No. 1:12-cv-450

Bertelsman, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following an informal telephonic discovery conference held on May 29, 2013. As stated during the conference, pursuant to this Court's *in camera* review of documents filed by plaintiff's counsel under seal, *see* Docs. 33, 34, the undersigned finds they are protected from disclosure by the attorney-client privilege. Plaintiff's counsel Willie Gary is **ORDERED** to supplement his affidavit to identify Mr. Derrick Howard as an employee of his law firm within **ten (10) days** of the entry of this Order.

**IT IS SO ORDERED.**

Date: 5/30/13

Karen L. Litkovitz
United States Magistrate Judge