**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **MONICA WAYS** | : | **Case No. 1:12-cv-450** |
| Plaintiffs | : | **Judge BERTELSMAN** |
| | | **Mag. Judge LITKOVITZ** |
| | : | |
| -v- | | |
| **MIAMI UNIVERSITY OF OHIO** | : | |
| | : | |
| Defendant | | |

_____

**PLAINTIFFS REPLY TO SHOW CAUSE ORDER**
_____

Now comes Plaintiff and respectfully directs the Court's attention to the following supplemental authority:

1) Abeita v. TransAmerica Mailings, Inc., 159 F. 3d 246, 251 (6th Circuit 1998) ("tangible psychological injury" not required);

2) Black v. Zaring Homes Inc., 104 F. 3d 822, 826 (6th Cir. 1997) (verbal conduct alone sufficient);

3) Wasek v. Arrow Energy Services, 682 F. 3d 463, 470 (6th Cir. 2012) (proof of tangible decline in work productivity not required).

Respectfully Submitted,

s/James E. Kolenich
_____
JAMES E. KOLENICH(0077084)
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
(513) 444-2150
(513) 297-6065 (Fax)
jek318@gmail.com
*Trial Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify the above and all accompanying documents were served via the Court's CM/ECF system June 23, 2014 upon all parties of record and that no party requires or is entitled to service by other means:

s/ James E. Kolenich
_____
J. E. KOLENICH (0077084)