UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:12cv450 (WOB-KLL)

MONICA P. WAYS                                              PLAINTIFF

VS.                              <u>ORDER</u>

MIAMI UNIVERSITY                                            DEFENDANT


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 95), and having considered de novo those objections filed by plaintiff (Doc. 97), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 97) to the Report and Recommendation (Doc. 95) be, and hereby are, **overruled in part**. That the Report and Recommendation of the Magistrate Judge (Doc. 95) be, and hereby is, **adopted in part** as the findings of fact and conclusions of law of this Court; that defendant's motion for sanctions and fees (Doc. 86) is **granted in part and denied in part**; that defendant is entitled to an award of reasonable attorneys' fees and costs for its counsel's work at summary judgment and in opposing plaintiff's motion to amend as sanctions against plaintiff's attorneys under 28 U.S.C. §1927. That defendant is also entitled to attorneys' fees from plaintiff under Title VII for the work performed in defending against plaintiff's retaliation and disparate treatment claims at summary judgment. However, the award of fees under Title VII shall be against plaintiff's attorneys only. Defendant shall

submit a petition for attorneys' fees and costs consistent with this Order within **thirty (30)** days from the date of this Order.

This 18th day of November 2015.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge