```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION
```

CIVIL ACTION NO. 1:12cv450 (WOB-KLL)

MONICA P. WAYS                                              PLAINTIFF

VS.                               <u>ORDER</u>

MIAMI UNIVERSITY                                            DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 104), and no objections having been filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 104) be, and hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that defendant's fee petition (Doc. 103) be, and hereby is, **granted** and defendant is awarded a total of **$27,913.15** in attorney fees.

This 15th day of March, 2016.



Signed By:
<u>*William O. Bertelsman*</u> *WOB*
United States District Judge